No. 63. Connecticut Railway & Lighting Co. *v.* Palmer et al. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

Circuit granted. MR. JUSTICE BRANDEIS took no part in the consideration and decision of this application. *Mr. George W. Martin* for petitioner. *Messrs. James Garfield* and *Hermon J. Wells* for respondents.